# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MABLE ANTHONY**                                                                                                       **PLAINTIFF**

**v.**                                              **2:09-cv-00132-BRW**

**POSTAL SERVICE (U.S.)**
**JOHN E. POTTER, POSTMASTER GENERAL**                                      **DEFENDANT**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 22nd day of September, 2011.


                                                  /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE